UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                                         Chapter 13

MARY LOUISE WILLBRIGHT,                Case No. 07-B-11087

                                Debtors,
------------------------------------------------------x

                          TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      <u>LAST KNOWN ADDRESS</u>                                  <u>AMOUNT OF DIVIDEND</u>

      Lease Finance Group                                      $147.97
      233 N. Michigan Avenue, Suite 1800
      Chicago, IL 60601


      Trustee's check to your order in the sum of $147.97 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
          April 19, 2011


                                                       Respectfully submitted,
                                                       */s/ Jeffrey L. Sapir*
                                                       JEFFREY L. SAPIR
                                                       Standing Chapter 13 Trustee