UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                                                  Chapter 13

MARY LOUISE WILLBRIGHT,                                Case No. 07-B-11087

        Debtors,
-----------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

 Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

  CLAIMANT(s)' NAME &
  LAST KNOWN ADDRESS        AMOUNT OF DIVIDEND

  Lease Finance Group           $297.57
  233 N. Michigan Avenue, Suite 1800
  Chicago, IL 60601


 Trustee's check to your order in the sum of $297.57 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
    April 19, 2011

                Respectfully submitted,
                */s/ Jeffrey L. Sapir*
                JEFFREY L. SAPIR
                Standing Chapter 13 Trustee